Louis Salvino, Respondent, *v.* The Metropolitan Street Railway Co., Appellant.

Antonio Esposito, Respondent, *v.* The Metropolitan Street Railway Co., Appellant.

Appeal by the defendant from an order in each action of a justice of the Municipal Court, seventh district, borough of Manhattan, denying motions to open defaults and to vacate judgments therein.

Henry A. Robinson, for appellant.

Joseph I. Green, for respondents.

MacLean, J. The appeals should be dismissed upon the authority of Beebe v. Nassau Show Case Co., 41 App. Div. 456; Schwartz v. Schendel, 23 Misc. Rep. 476.

Appeals dismissed, with ten dollars costs, in each case.

Freedman, P. J., and Leventritt, J., concur.

Appeals dismissed, with ten dollars costs.